IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MORTGAGE LENDERS NETWORK USA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10146 (PJW) |
| GUISEPPE CACCAMO and ROBIE-LYN HARNOIS<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE LENDERS NETWORK USA, INC.,<br><br>Defendant. | Adversary Case No. 07-51415 (PJW) |

Objection Deadline: April 30, 2009 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: May 11, 2009 at 9:30 a.m. (prevailing Eastern time)

**NOTICE OF JOINT MOTION PURSUANT TO SECTION 105 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023
TO (I) APPROVE A SETTLEMENT AGREEMENT PURSUANT TO
BANKRUPTCY RULE 9019, (II) CERTIFY A CLASS CONSISTING
OF TWO SUBCLASSES OF WARN ACT CLAIMANTS FOR SETTLEMENT
PURPOSES ONLY, APPOINT CLASS COUNSEL, CLASS REPRESENTATIVES,
AND PRELIMINARILY APPROVE THE SETTLEMENT PURSUANT TO
BANKRUPTCY RULE 7023, (III) APPROVE THE FORM AND MANNER OF
NOTICE TO CLASS MEMBERS OF THE CLASS CERTIFICATION AND
SETTLEMENT, (IV) SCHEDULE A FAIRNESS HEARING TO CONSIDER FINAL
APPROVAL OF THE SETTLEMENT AGREEMENT, (V) FINALLY APPROVE THE
SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE
7023 AFTER THE FAIRNESS HEARING, AND (VI) GRANT RELATED RELIEF**

TO: (i) Office of the United States Trustee for the District of Delaware; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to Residential Funding Company LLC; (iv) those persons who have requested notice pursuant to Bankruptcy Rule 2002

---

[1] Debtor's EIN: XX-XXX7394
Debtor's Address: Middlesex Corporate Center, 213 Court Street, 11th Floor, Middletown, CT 06457

The above-captioned debtor and debtor in possession (the "Debtors"), the Official Committee of Unsecured Creditors of the Debtor (the "Committee") and prospective class representatives, Guiseppe Caccamo and Robie-Lyyn Harnois (the "Class Representatives" or "Named Plaintiffs"), filed the *Joint Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (i) Approve a Settlement Agreement Pursuant to Bankruptcy Rule 9019, (ii) Certify a Class Consisting of Two Subclasses of WARN Act Claimants for Settlement Purposes Only, Appoint Class Counsel, Class Representatives, and Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (iii) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (iv) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (v) Finally Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023 After the Fairness Hearing, and (vi) Grant Related Relief* (the "Joint Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Joint Motion seeks entry of (a) an order approving the *Compromise and Settlement Agreement* (the "Settlement Agreement") among the Debtors, Cerberus, the Class Representatives, and the Committee pursuant to Bankruptcy Rule 9019, (b) certifying a Class consisting of two subclasses for settlement purposes only, appointing Class Counsel and Class Representatives, and preliminarily approving the Settlement Agreement pursuant to Civil Rule 23, (c) approving the form and manner of notice of Notice to Class Members of the conditional Class certification and the Settlement, (d) scheduling a Fairness Hearing to consider final

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Joint Motion.

approval of the Settlement Agreement pursuant to Civil Rule 23, and (e) after the Fairness Hearing, finally approving the Settlement pursuant to Civil Rule 23. A true and correct copy of the Joint Motion is filed and served herewith.

Objections and other responses to their relief requested in the Joint Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. Eastern time on April 30, 2009.**

Any objections or other responses to the Joint Motion, if any must also be served upon the undersigned counsel for the Debtor, the Committee and Class Representatives so that they are received **not later than April 30, 2009 at 4:00 p.m. Eastern time.**

**IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE PETER J. WALSH AT THE BANKRUPTCY COURT ON MAY 11, 2009 AT 9:30 A.M. EASTERN TIME.**

Dated: April 17, 2009								PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Kathleen P. Makowski
    Laura Davis Jones (Bar No. 2436)
    Kenneth H. Brown (CA Bar No. 100396)
    Kathleen P. Makowski (Bar No. 3648)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705
    (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Email: ljones@pszjlaw.com
           kbrown@pszjlaw.com
           kmakowski@pszjlaw.com

    Counsel for Defendant
    MORTGAGE LENDERS NETWORKS
    USA, INC.

Dated: April 17, 2009								BLANK ROME LLP

By  /s/ David W. Carickhoff
    David W. Carickhoff (Bar No. 3175)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 425-6400
    Facsimile: (302) 425-6464

    Email: Carickhoff@BlankRome.com

    and

    Michael B. Schaedle
    One Logan Square
    130 North 18th Street
    Philadelphia, PA 19103-6998
    Telephone: (215) 569-5762
    Facsimile: (215) 832-5762

    Email: schaedle@BlankRome.com

    Counsel for the Official Committee of
    Unsecured Creditors of MORTGAGE
    LENDERS NETWORKS USA, INC.

Dated: April 17, 2009               KLEHR, HARRISON, HARVEY, BRANZBURG
                                              & ELLERS, LLP

                                    By    /s/ *Richard M. Beck*
                                          Richard M. Beck, Esquire (ID#3370)
                                          919 Market Street, Suite 1000
                                          Wilmington, DE 19207
                                          (302) 426-1189

                                          and

                                          Charles A. Ercole, Esquire
                                          KLEHR, HARRISON, HARVEY,
                                          BRANZBURG & ELLERS, LLP
                                          260 S. Broad Street
                                          Philadelphia, PA 19102-5003
                                          (215) 568-6060

                                          *Counsel for the Named Plaintiffs*